

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:        In re Keith Wilson, Relator

Appellate case number:     01-19-00381-CV

Trial court case number:    10-DCV-180326

Trial court:                458th District Court of Fort Bend County

     This Court's May 21, 2019 Order denied the emergency motion to stay all proceedings, including a trial set for that day, filed by relator, Keith Wilson, pending disposition of his petition for writ of mandamus. Pursuant to Texas Rule of Appellate Procedure 52.7(b), the relator is **ordered** to file a supplemental mandamus record containing certified or sworn copies of the following documents:

(1)  the order denying defendant's jury charge, filed on May 22, 2019;
(2)  the court's charge to the jury, including the jury verdict, filed on May 22, 2019; and
(3)  the docket sheet.

     Relator's supplemental mandamus record shall be filed **within 10 days** of the date of this order. *See* TEX. R. APP. P. 52.7(b).

     It is so ORDERED.

Judge's signature: ___/s/ Evelyn V. Keyes_____
               ☒ Acting individually    ☐ Acting for the Court

Date: __June 4, 2019____